UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1334

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 1216 Shackleton Road, Apex, North Carolina 27502 | ) ) ) ) **ORDER TO UNSEAL** ) ) |

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed. SO ORDERED.

| March 23, 2015 | *Robert T. Numbers II* |
|---|---|
| DATE | United States Magistrate Judge |